Aaron B. ROBERTS, Plaintiff–Appellant,

v.

Corey WALKER, CCMSII; R. Ebersole, Lt.; A. Hartle, CCMSII; R. Dudley, Sgt.; Jacquelene A. Shank, Comm; R. Wise, Capt.; Maj. Reinhardt; B. Reed, Lt.; Scott Peterson, Det. Sgt.; Tina M. Stump; Roderick R. Sowers; Joseph M. Perry; John Fountain; Gary D. Maynard; Gregg L. Hershberger, c/o DPSCS; Doni Obitts; K. Easton, CCMSII; Randall Watson; Scott S. Oakley, Director of the DPSCS Inmate Grievance Office; Wexford Health Sources, Incorporated, Defendants–Appellees,

and

Doctor Lin Quillo; Doctor Keven Johnson; RN Michelle Autrey, Defendants.

No. 15–6507.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 9, 2015.

Decided: Sept. 11, 2015.

Aaron B. Roberts, Appellant Pro Se. Dorianne Avery Meloy, Office of the Attorney General of Maryland, Baltimore, Maryland; Elizabeth Erin Pavlick, Carolyn Israel Stein, Bonner, Kiernan, Trebach & Crociata, LLP, Washington, D.C., for Appellees.

Before SHEDD, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Aaron B. Roberts appeals the district court's order granting Defendants sum-

mary judgment in his 42 U.S.C. § 1983 (2012) action. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Roberts v. Walker,* No. 1:14–cv–00720–GLR, 2015 WL 993463 (D.Md. Mar. 4, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*